

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

MacArthur Isaiah Bargery,

\* From the 161st District Court
of Ector County,
Trial Court No. B-22-0359-CR.

Vs. No. 11-23-00259-CR

\* September 12, 2024

The State of Texas,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there are no errors in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.